1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  Richard M. Birnholz (151543)
   Andrei Iancu (184973)
3  Richard G. Frenkel (204133)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:     (310) 277-1010
5  Facsimile:     (310) 203-7199

6  Attorneys for Plaintiff
   IMMERSION CORPORATION
7

8
   RUSS, AUGUST & KABAT
9  Larry C. Russ (82760)
   Marc A. Fenster (181067)
10 Judith L. Meadow (89665)
   12424 Wilshire Boulevard, Suite 1200
11 Los Angeles, California  90025
   Telephone: (310) 826-7474
12 Facsimile:  (310) 826-6991

13 Attorneys for Defendant
   ELECTRO SOURCE, LLC

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                            OAKLAND DIVISION

17

18 IMMERSION CORPORATION,           ) Case No. C-04-04040 CW (WDB)
                                    )
19              Plaintiff,          ) **STIPULATION AND ORDER**
                                    ) **EXTENDING PATENT LOCAL RULE 4-3**
20       vs.                        ) **DATE AND CORRESPONDING CLAIM**
                                    ) **CONSTRUCTION DISCOVERY CUTOFF**
21 ELECTRO SOURCE, LLC,             ) **DATE**
                                    )
22              Defendant.          )
                                    )
23                                  )
                                    )
24                                  )
   AND RELATED COUNTERCLAIMS        )
25 _____  )

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1332907.                          - 1 -                    Stipulation And [Proposed] Order
                                                     Extending Patent Local Rule 4-3 Date
                                                         Case No. C-04-04040 CW (WDB)

Plaintiff Immersion Corporation ("Immersion") and Defendant Electro Source, LLC ("Electro Source"), hereby stipulate as follows:

WHEREAS, the Court ordered on May 10, 2005 (docket entry 30) that the parties' Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement ("Joint Claim Construction Statement") must be filed by Friday, July 29, 2005;

WHEREAS, the Court also ordered on May 10, 2005 that claim construction discovery must be completed by August 26, 2005, four weeks after the due date for the Joint Claim Construction Statement;

WHEREAS, Immersion and Electro Source have met and conferred pursuant to Patent Local Rule 4-3 in an attempt to narrow claim construction disputes and timely file their Joint Claim Construction Statement;

WHEREAS, Immersion and Electro Source believe that additional time is necessary to work through the numerous claim construction disputes the parties have identified through the meet and confer process;

WHEREAS, the additional time requested by the parties may help narrow the issues ultimately presented to the Court in the Joint Claim Construction Statement and/or later claim construction briefing;

WHEREAS, the fact discovery cutoff in this case is currently set for October 7, 2005, the claim construction hearing is not scheduled until February 17, 2006, and trial is not scheduled to begin until October 10, 2006; and

WHEREAS, adding additional time to the due dates for the Joint Claim Construction Statement and the Claim Construction Discovery Cutoff will thus have no effect on any other dates pending in the litigation;

THEREFORE, the parties stipulate to reschedule the date for filing the Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement to Friday, September 9, 2005, and to extend the date for Claim Construction Discovery Cutoff to be the same as the date for fact discovery cutoff in the litigation.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1332907.

- 2 -

Stipulation And [Proposed] Order
Extending Patent Local Rule 4-3 Date
Case No. C-04-04040 CW (WDB)

1  Dated: July 28, 2005,                                IRELL & MANELLA LLP

2                                                       By: /s/ Richard G. Frenkel
3                                                            Richard G. Frenkel

4                                                       Attorneys for Plaintiff
                                                        IMMERSION CORPORATION
5

6

7  Dated: July 28, 2005,                                RUSS, AUGUST & KABAT

8                                                       By: /s/ Marc A. Fenster
                                                             Marc A. Fenster
9

10                                                      Attorneys for Defendant
                                                        ELECTRO SOURCE, LLC

11

12  IT IS SO ORDERED.

13  Dated: __August 10, 2005                                /s/ CLAUDIA WILKEN

14                                                      The Honorable Claudia Wilken
                                                        United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1332907.                           - 3 -                Stipulation And [Proposed] Order
                                                        Extending Patent Local Rule 4-3 Date
                                                        Case No. C-04-04040 CW (WDB)

## DECLARATION OF CONSENT

I, Richard G. Frenkel, hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the following is true and correct:

1. Concurrence in the filing of STIPULATION AND [PROPOSED] ORDER EXTENDING PATENT LOCAL RULE 4-3 DATE AND CORRESPONDING CLAIM CONSTRUCTION DISCOVERY CUTOFF DATE has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 45 of the United States District Court for the Northern District of California.

Executed in Los Angeles, California on July 28, 2005.

Dated: July 28, 2005              /s/ Richard G. Frenkel
                                  Richard G. Frenkel

                                  IRELL & MANELLA LLP
                                  Morgan Chu
                                  Richard M. Birnholz
                                  Andrei Iancu
                                  Richard G. Frenkel

                                  Attorneys for Plaintiff
                                  Immersion Corporation

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1332907.

- 4 -

Stipulation And [Proposed] Order
Extending Patent Local Rule 4-3 Date
Case No. C-04-04040 CW (WDB)