RUSS, AUGUST & KABAT
Larry C. Russ, State Bar No. 082760
lruss@raklaw.com
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:(310) 826-6991

Attorneys for Defendant/Counterclaim Plaintiff
Electro Source, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>ELECTRO SOURCE, LLC,<br><br>            Defendant. | Case No.  C 04 04040 CW<br><br>[Assigned to the Honorable<br>Claudia Wilken]<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER** |
| ELECTRO SOURCE, LLC,<br><br>            Counterclaim Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION,<br><br>            Counterclaim Defendant. | |

    Defendant and Counterclaim Plaintiff ELECTRO SOURCE, LLC. hereby substitutes the firm of Brown, Raysman, Millstein, Felder & Steiner, 1880 Century Park East, 12th Floor, Los Angeles, California 90067, telephone number 310-712-8300, facsimile number 310-712-8383, as attorneys of record in place and stead of Russ, August & Kabat.  The attorney at

1133-64 Substitution of Atty

1

Brown, Raysman, Millstein, Felder & Steiner who will be coordinating this representation is Allan Gabriel, e-mail address agabriel@brownraysman.com.

Dated: August 5, 2005

ELECTRO SOURCE, LLC

By: _____
Name: Robert Rene
Title: CEO

I consent to the above substitution.

Dated: August 5, 2005

RUSS, AUGUST & KABAT

By: _____
Marc A. Fenster
Attorneys for Defendant/Counterclaim
Plaintiff Electro Source LLC

Above substitution accepted.

Dated: August 5, 2005

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER

By: _____
Allan Gabriel

ORDER

IT IS SO ORDERED.

Dated: 8/15/05

Claudia Wilken
United States District Court

IT IS SO ORDERED
[signed] Claudia Wilken
Judge Claudia Wilken

1133-64 Substitution of Atty

Case No. C 04-4040 CV(WDB)
SUBSTITUTION OF ATTORNEY AND ORDER

## PROOF OF SERVICE VIA E-MAIL & U.S. MAIL

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 12424 Wilshire Boulevard, Suite 1200, Los Angeles, California 90025.

On **August 5, 2005** I caused to be served the foregoing document described as **SUBSTITUTION OF ATTORNEY AND ORDER** on interested parties in this action.

☑ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

Allan Gabriel, Esq.
Brian Pass, Esq.
Brown, Raysman, Millstein, Felder & Steiner
1880 Century Park East, 12th Floor
Los Angeles, California 90067
agabriel@brownraysman.com
bpass@brownraysman.com

☑ **BY MAIL**

☐ I deposited such in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☑ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY E-MAIL**

☑ I e-mailed the above referenced document to the addressees listed on attached Service List.

☐ State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 5, 2005** at Los Angeles, California.

Jan Flor

1133-64 POS/E-Mail/U S Mail