IRELL & MANELLA LLP
Morgan Chu (70446)
Richard M. Birnholz (151543)
Andrei Iancu (184973)
Richard G. Frenkel (204133)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiff
IMMERSION CORPORATION


BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
Allan Gabriel (76477)
Pamela Maher (162292)
1880 Century Park East, 12th Floor
Los Angeles, California  90067
Telephone: (310) 712-8300
Facsimile:   (310) 712-8383

Attorneys for Defendant
ELECTRO SOURCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, | Case No. C-04-04040 CW (WDB) |
| Plaintiff, | **ORDER GRANTING AS MODIFIED STIPULATION RESETTING CERTAIN PRETRIAL DATES** |
| vs. | |
| ELECTRO SOURCE, LLC, | |
| Defendant. | CTRM:  Hon. Claudia Wilken |
| AND RELATED COUNTERCLAIMS | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1404412

- 1 -

Stipulation And [Proposed] Order
Resetting Certain Pretrial Dates
Case No. C-04-04040 CW (WDB)

Plaintiff Immersion Corporation ("Immersion") and Defendant Electro Source, LLC ("Electro Source"), hereby stipulate as follows:

WHEREAS, on February 3, 2005, the Court entered a Case Management Order (docket entry 19) setting certain pretrial dates, including a schedule for the disclosure of expert reports in October and November 2005, the completion of expert discovery on December 16, 2005, and the Claim Construction Hearing and hearing on dispositive motions on February 17, 2006.

WHEREAS, the Court ordered on May 10, 2005 (docket entry 30) that the parties' Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement ("Joint Claim Construction Statement") must be filed by Friday, July 29, 2005.

WHEREAS, the Court also ordered on May 10, 2005 that claim construction discovery must be completed by August 26, 2005, four weeks after the due date for the Joint Claim Construction Statement.

WHEREAS, on June 15, 2005, the Court sua sponte (docket entry 47) rescheduled the dates for the pretrial conference and trial to September 29, 2006 and October 10, 2006, respectively, to accommodate the Court's calendar.

WHEREAS, the Court, pursuant to an August 10, 2005 order (docket entry 66), rescheduled the date for filing Joint Claim Construction Statement to September 9, 2005 and extended the date for Claim Construction Discovery Cutoff to be the same date for fact discovery cutoff in the litigation.

WHEREAS, Immersion has been involved in extensive discovery matters in the *Immersion v. Sony Computer Entertainment* matter, in which Electro Source has participated. These discovery matters relate to Sony's Rule 60(b) motion, currently pending before this Court. These discovery matters have occupied a substantial amount of the Immersion and Electro Source attorneys' time.

WHEREAS, as a result of the extensive discovery in the *Immersion v. Sony Computer Entertainment* matter, the parties have been unable to conduct the depositions of fact witnesses who were properly subpoenaed and noticed as of the fact discovery cutoff. The parties have

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1404412

Stipulation And [Proposed] Order
Resetting Certain Pretrial Dates
Case No. C-04-04040 CW (WDB)

agreed, subject to the approval of the Court, that they may have until January 6, 2006 to complete such depositions.

WHEREAS, as a result of the additional time to complete these depositions, the parties have agreed that, subject to the approval of the Court, the dates for expert reports and discovery, and for the claim construction and summary judgment proceedings should correspondingly be adjusted.

WHEREAS, the stipulated schedule will not impact the current dates set for the Pretrial Conference (which is currently set for September 29, 2006), and the commencement of trial (which is currently set for October 10, 2006).

THEREFORE, the parties stipulate to the following changes to the Court's Case Management Order, subject to the approval of the Court:

| Event | Current Deadline, per Case Management Order | Proposed New Deadline |
| --- | --- | --- |
| Complete Fact Depositions of Witnesses Properly Subpoenaed and Noticed As of October 7, 2005 Cutoff Date | October 7, 2005 | January 6, 2006 |
| Opening Expert Reports | October 28, 2005 | January 27, 2006 |
| Rebuttal Expert Reports | November 18, 2005 | February 24, 2006 |
| Completion of Expert Discovery | December 16, 2005 | March 24, 2006 |
| Claim Construction Hearing and hearing on dispositive motions | February 17, 2006 | **May 12, 2006 (or earlier)** |
| Pretrial Conference | September 29, 2006 | September 29, 2006 |
| Jury Trial | October 10, 2006 | October 10, 2006 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1404412

- 3 -

Stipulation And [Proposed] Order
Resetting Certain Pretrial Dates
Case No. C-04-04040 CW (WDB)

1 | Dated: November 3, 2005, | IRELL & MANELLA LLP

By: /s/ Richard M. Birnholz
   Richard M. Birnholz

Attorneys for Plaintiff
IMMERSION CORPORATION

Dated: November 3, 2005, | BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP

By: /s/ Allan Gabriel
   Allan Gabriel

Attorneys for Defendant
ELECTRO SOURCE, LLC

IT IS SO ORDERED**, as modified.**

Dated: Nov. 8 , 2005              /s/ CLAUDIA WILKEN

The Honorable Claudia Wilken
United States District Judge

1404412                                    - 4 -                    Stipulation And [Proposed] Order
                                                                    Resetting Certain Pretrial Dates
                                                                    Case No. C-04-04040 CW (WDB)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

# DECLARATION OF CONSENT

I, Richard M. Birnholz, hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the following is true and correct:

1. Concurrence in the filing of STIPULATION AND [PROPOSED] ORDER RESETTING CERTAIN PRETRIAL DATES has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 45 of the United States District Court for the Northern District of California.

Executed in Los Angeles, California on November 3, 2005.

Dated: November 3, 2005            /s/ Richard M. Birnholz
                                   Richard M. Birnholz

                                   IRELL & MANELLA LLP
                                   Morgan Chu
                                   Richard M. Birnholz
                                   Andrei Iancu
                                   Richard G. Frenkel

                                   Attorneys for Plaintiff
                                   Immersion Corporation

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1404412

- 5 -

Stipulation And [Proposed] Order
Resetting Certain Pretrial Dates
Case No. C-04-04040 CW (WDB)