1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  Richard M. Birnholz (151543)
   Andrei Iancu (184973)
3  Richard G. Frenkel (204133)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:    (310) 277-1010
5  Facsimile:    (310) 203-7199

6  Attorneys for Plaintiff
   IMMERSION CORPORATION
7

8
   BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
9  Allan Gabriel (76477)
   Pamela Maher (162292)
10 1880 Century Park East, 12th Floor
   Los Angeles, California  90067
11 Telephone: (310) 712-8300
   Facsimile:   (310) 712-8383
12
   Attorneys for Defendant
13 ELECTRO SOURCE, LLC

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                            OAKLAND DIVISION

17

18 | IMMERSION CORPORATION, | ) | Case No. C-04-04040 CW (WDB) |
   |---|---|---|
19 |                        | ) | **ORDER GRANTING STIPULATION RESETTING CERTAIN PRETRIAL DATES** |
   |        Plaintiff,       | ) |  |
20 |        vs.              | ) |  |
   |                        | ) |  |
21 | ELECTRO SOURCE, LLC,   | ) |  |
   |                        | ) | CTRM: Hon. Claudia Wilken |
22 |        Defendant.       | ) |  |
   |                        | ) |  |
23 |                        | ) |  |
   |                        | ) |  |
24 | AND RELATED COUNTERCLAIMS | ) |  |
   |                        | ) |  |

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1440758                       - 1 -                     Stipulation And [Proposed] Order
                                                        Resetting Certain Pretrial Dates
                                                        Case No. C-04-04040 CW (WDB)

Plaintiff Immersion Corporation ("Immersion") and Defendant Electro Source, LLC ("Electro Source"), by and through their respective counsel of record, hereby stipulate as follows:

1. On February 3, 2005, the Court entered a Case Management Order (docket entry 19) setting certain pretrial dates, including a schedule for the disclosure of expert reports in October and November 2005, the completion of expert discovery on December 16, 2005, and the Claim Construction Hearing and hearing on dispositive motions on February 17, 2006.

2. On June 15, 2005, the Court sua sponte (docket entry 47) rescheduled the dates for the pretrial conference and trial to September 29, 2006 and October 10, 2006, respectively, to accommodate the Court's calendar.

3. The Court, pursuant to an August 10, 2005 order (docket entry 66), rescheduled the date for filing Joint Claim Construction Statement to September 9, 2005 and extended the date for Claim Construction Discovery Cutoff to be the same date for fact discovery cutoff in the litigation.

4. On November 8, 2005, the Court entered an order (docket entry 78) approving a stipulation of the parties to adjust certain discovery, expert disclosure, and summary judgment dates, largely in light of the parties' participation in extensive discovery matters in connection with post-judgment proceedings in the *Immersion v. Sony Computer Entertainment* matter, matters which are currently pending before the Court.

5. As a result of the extensive discovery in the *Immersion v. Sony Computer Entertainment* matter, the intervening December holidays, and other professional commitments on unrelated matters, as well as other factors, the parties have been unable to conduct the depositions of fact witnesses who were properly subpoenaed and noticed as of the fact discovery cutoff as well as appropriate follow up discovery.

6. The parties also are attempting to explore settlement and the additional time would facilitate discussions that may take place.

7. In light of the foregoing, the parties have agreed, subject to the approval of the Court, to allow additional time to conduct such discovery and to correspondingly adjust dates in the Court's Case Management Order as set forth below. In selecting the dates below, the parties

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1440758

- 2 -

Stipulation And [Proposed] Order
Resetting Certain Pretrial Dates
Case No. C-04-04040 CW (WDB)

are mindful of the Court's calendar and unavailability for scheduling hearings during the months of June, July and August 2006.

THEREFORE, the parties stipulate to the following changes to the Court's Case Management Order, subject to the approval of the Court:

| Event | Current Deadline, per Case Management Order | Proposed New Deadline |
|---|---|---|
| Complete Follow-Up Discovery and Depositions of Witnesses Properly Subpoenaed and Noticed As of October 7, 2005 Cutoff Date | January 6, 2006 | April 28, 2006 |
| Opening Expert Reports | January 27, 2006 | May 26, 2006 |
| Rebuttal Expert Reports | February 24, 2006 | June 30, 2006 |
| Completion of Expert Discovery | March 24, 2006 | August 4, 2006 |
| Claim Construction Hearing and Hearing on Dispositive Motions **and Further Case Management Conference** | May 12, 2006 | September 15, 2006 |
| Pretrial Conference | September 29, 2006 | **February 23, 2007, at 1:30 p.m.** |
| Jury Trial | October 10, 2006 | **March 5, 2007, at 8:30 a.m.** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1440758

- 3 -

Stipulation And [Proposed] Order
Resetting Certain Pretrial Dates
Case No. C-04-04040 CW (WDB)

| | | |
|---|---|---|
| 1 | Dated: January 25, 2006, | IRELL & MANELLA LLP |
| 2 | | |
| 3 | | By: /s/ Richard M. Birnholz<br>     Richard M. Birnholz |
| 4 | | Attorneys for Plaintiff<br>IMMERSION CORPORATION |
| 5 | | |
| 6 | | |
| 7 | Dated: January 25, 2006, | BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP |
| 8 | | |
| 9 | | By: /s/ Allan Gabriel<br>     Allan Gabriel |
| 10 | | Attorneys for Defendant<br>ELECTRO SOURCE, LLC |

IT IS SO ORDERED.

Dated: _January 27, 2006_, 2006        /s/ CLAUDIA WILKEN

The Honorable Claudia Wilken
United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1440758

- 4 -

Stipulation And [Proposed] Order
Resetting Certain Pretrial Dates
Case No. C-04-04040 CW (WDB)

# DECLARATION OF CONSENT

I, Richard M. Birnholz, hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the following is true and correct:

1. Concurrence in the filing of STIPULATION AND [PROPOSED] ORDER RESETTING CERTAIN PRETRIAL DATES has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 45 of the United States District Court for the Northern District of California.

Executed in Los Angeles, California on January 25, 2006.

Dated: January 25, 2006        /s/ Richard M. Birnholz
                               Richard M. Birnholz

                               IRELL & MANELLA LLP
                               Morgan Chu
                               Richard M. Birnholz
                               Andrei Iancu

                               Attorneys for Plaintiff
                               Immersion Corporation

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1440758

- 5 -

Stipulation And [Proposed] Order
Resetting Certain Pretrial Dates
Case No. C-04-04040 CW (WDB)