1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  Richard M. Birnholz (151543)
   Andrei Iancu (184973)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:    (310) 277-1010
   Facsimile:    (310) 203-7199
5
   Attorneys for Plaintiff
6  IMMERSION CORPORATION

7

   BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
8  Allan Gabriel (76477)
   Pamela Maher (162292)
9  1880 Century Park East, 12th Floor
   Los Angeles, California  90067
10 Telephone:  (310) 712-8300
   Facsimile:   (310) 712-8383
11
   Attorneys for Defendant
12 ELECTRO SOURCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, | Case No. C-04-04040 CW (WDB) |
| Plaintiff, | **STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |
| vs. | |
| ELECTRO SOURCE, LLC, | CTRM:  Hon. Claudia Wilken |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

1      Whereas, Plaintiff Immersion Corporation ("Immersion") filed this action on September 24, 2004 alleging that Defendant Electro Source LLC ("Electro Source") infringes U.S. Patent No. 6,275,213 ("'213 patent") and U.S. Patent No. 6,424,333 ("'333 patent") (together the "Asserted Immersion Patents");

     Whereas, on October 14, 2004, Electro Source filed counterclaims in the action alleging invalidity, non-infringement, and unenforceability of the '213 and '333 patents.

     Whereas Immersion and Electro Source have reached an agreement to settle their differences relating to this action.

     Whereas, pursuant to the Settlement Agreement between the parties, Immersion and Electro Source, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

     1.    Immersion's claims against Electro Source in the above-captioned action, including Immersion's Complaint and all of the claims for patent infringement against Electro Source therein, are hereby dismissed with prejudice.

     2.    Electro Source's counterclaims against Immersion in the above-captioned action, including all of Electro Source's counterclaims seeking a judicial declaration that the '213 patent and '333 patent are not valid, enforceable or infringed, are hereby dismissed with prejudice.

     3.    Immersion and Electro Source shall bear their own costs and attorneys' fees in connection with the action.

Dated: March 3, 2006                                IRELL & MANELLA LLP

                                                    By: /s/ Richard Birnholz
                                                          Richard M. Birnholz
                                                          Attorneys for Plaintiff
                                                          Immersion Corporation

Dated: March 3, 2006                                BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP

                                                          By: /s/ Allan Gabriel
                                                          Allan Gabriel
                                                          Attorneys for Defendant
                                                          Electro Source LLC

1
## **ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Dated: March 9, 2006            /s/ CLAUDIA WILKEN

4                                   _____
                                    HON.  CLAUDIA WILKEN
5                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28